UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA S. SIMPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>HOLLAND AMERICA LINE NV LLC, et al.,<br><br>        Defendants. | CASE NO. 2:21-CV-895-JCC-DWC<br><br>AMENDED ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE |

The Court has reviewed the parties' Stipulated Motion to Continue Trial Date and Pretrial Dates. Dkt. 12. The Stipulated Motion (Dkt. 12) is granted and the Order Setting Trial Date and Pretrial Schedule is amended as follows:

The Court schedules this case for a five to seven day jury trial on **July 17, 2023 at 9:30 a.m. before the Honorable John C. Coughenour, Courtroom 16206** with the following pretrial schedule:

| Event | Date |
|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) | **December 23, 2022** |

| Rebuttal expert disclosures | **January 23, 2023** |
|---|---|
| Last date to file motions related to discovery | **January 30, 2023** |
| Discovery completed by | **February 22, 2023** |
| All dispositive motions and *Daubert* motions must be filed by (*see* LCR 7(d)) | **March 15, 2023** |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | **June 2, 2023** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | **June 20, 2023** |
| Agreed LCR 16.1 Pretrial Order due | **July 5, 2023** |
| Trial briefs, proposed voir dire, jury instructions, and exhibits by | **July 10, 2023** |
| Pretrial conference | **To be set by the Court** |

All other portions of the Order Setting Trial Date and Pretrial Schedule (Dkt. 10) remain in full force and effect.

Dated this 9th day of August, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge